1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| VALENCIA PIPE COMPANY, INC., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff(s), | § | |
| | § | CV 12-02240-DMG (AGRx) |
| v. | § | |
| | § | |
| OMEGA FLEX, INC. | § | |
| | § | ORDER [23] |
| Defendant(s). | § | |

Upon consideration of the Joint Stipulation of Dismissal, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims, counterclaims, and causes in the above referenced matter are dismissed with prejudice.

DATE: January 9, 2013

_____
Dolly M. Gee
United States District Judge